## Hornstine's Estate.

*Joseph Gross,* for exceptions; *Blumberg & Sork,* contra.

HENDERSON, J., Oct. 28, 1930.—The decedent had been convicted of fornication and bastardy, and under the Act of March 31, 1860, § 37, P. L. 382, was sentenced, *inter alia,* to pay $7 per week for the maintenance of the child until it reached the age of sixteen years. The decedent signed a bond to assure these payments; binding his heirs and executors to the performance thereof. The inclusion of the latter clause was beyond the terms of the penal statute. Notwithstanding that fact, can the claimant recover?

The obligation is to pay the sentence of $7 per week—the bond did not enlarge the sentence. The sentence ceased with the death of the defendant—this decedent: Com. *v.* Moran, 23 Dist. R. 418; 58 Pa. Superior Ct. 362; 251 Pa. 477.

The sentence to pay $7 per week having expired by the death of the decedent, the obligation of the bond is determined.

The exceptions are dismissed and the adjudication is confirmed absolutely.